```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  JEANNIE M. JOSEPH
    Assistant United States Attorney
 3  Acting Chief, Santa Ana Office
    ROBERT J. KEENAN (State Bar No. 151094)
 4  Assistant United States Attorney
    U.S. ATTORNEY'S OFFICE
 5  411 West Fourth Street
    Suite 8000
 6  Santa Ana, California 92701
    Telephone:  (714) 338-3597
 7  Facsimile:  (714) 338-3708
    E-Mail:     Rob.Keenan@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No. SA CR 09-184-AG |
|                       Plaintiff,     ) | ORDER CONTINUING TRIAL AND STATUS CONFERENCE, AND DESIGNATING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
|            v.     ) | |
| BRIAN LEIGH MOORE,     ) | <u>NEW DATES</u><br>JURY TRIAL:   May 11, 2010 |
|                       Defendant.     ) | P/T CONF:     May 3, 2010 |

     The Court has received, read, and considered the Stipulation of plaintiff United States of America and defendant BRIAN LEIGH MOORE, by and through their respective counsel of record, to continue the trial and pre-trial conference and designate excludable time under the Speedy Trial Act, 18 U.S.C. § 3161.

1  In light of the and good cause appearing thereon, IT IS
2  HEREBY FOUND AND ORDERED as follows:
3      1.   In support of this Order, the Court hereby adopts as
4  its findings all of the facts set forth in the parties'
5  Stipulation.
6      2.   In accordance with 18 U.S.C. § 3161(h)(8)(A), the Court
7  finds that the failure to grant the requested continuance would
8  deny counsel for defendant the time reasonable and necessary for
9  effective trial preparation, taking into account the exercise of
10 due diligence.  Accordingly, the Court finds that the ends of
11 justice served by continuance of the trial date outweigh the best
12 interest of the public and defendant in a speedy trial.  The time
13 from December 29, 2009 to May 11, 2010 is excludable from the
14 computation of the time within which trial of this action must
15 commence under the Speedy Trial Act.
16     3.   The trial of the case is continued from December 29,
17 2009 to **Tuesday, May 11, 2010 at 8:30 a.m.**  The status conference
18 is continued from December 21, 2009 to **Monday, May 3, 2010 at**
19 **2:00 p.m.**  Defendant is ordered to be present.
20     4.   Nothing in this stipulation and order shall preclude a
21 finding that other provisions of the Speedy Trial Act dictate
22     / /
23     / /
24     / /
25     / /
26     / /
27     / /
28     / /

2

1  that additional time periods are excludable from the period
2  within which trial must commence.
3       IT IS SO ORDERED.
4  Dated: December 17, 2009

                                    _____
                                         ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE

8  Respectfully submitted:
9  GEORGE S. CARDONA
   Acting United States Attorney

11 JEANNIE M. JOSEPH
   Assistant United States Attorney
   Acting Chief, Santa Ana Office

13     /s/ R.J.K.
   ROBERT J. KEENAN
14 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

3