1  ANDRÉ BIROTTE JR.
   United States Attorney
2  JEANNIE M. JOSEPH
   Assistant United States Attorney
3  Acting Chief, Santa Ana Office
   ROBERT J. KEENAN (State Bar No. 151094)
4  Assistant United States Attorney
   U.S. ATTORNEY'S OFFICE
5  411 West Fourth Street
   Suite 8000
6  Santa Ana, California 92701
   Telephone: (714) 338-3597
7  Facsimile: (714) 338-3708
   E-Mail:    Rob.Keenan@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13                         SOUTHERN DIVISION

14

15  UNITED STATES OF AMERICA,    )   Case No. SA CR 09-184-AG
                                 )
16              Plaintiff,       )   ORDER CONTINUING TRIAL AND
                                 )   STATUS CONFERENCE, AND
17                               )   DESIGNATING EXCLUDABLE TIME
           v.                    )   PERIODS UNDER SPEEDY TRIAL ACT
18                               )
                                 )
19  BRIAN LEIGH MOORE,           )   NEW DATES
                                 )   JURY TRIAL:   June 15, 2010
20              Defendant.       )   P/T CONF:     June 7, 2010
    ─────────────────────────────)

21

22

23       The Court has received, read, and considered the Stipulation

24  of plaintiff United States of America and defendant BRIAN LEIGH

25  MOORE, by and through their respective counsel of record, to

26  continue the trial and pre-trial conference and designate

27  excludable time under the Speedy Trial Act, 18 U.S.C. § 3161.

28

1    In light of the and good cause appearing thereon, IT IS
HEREBY FOUND AND ORDERED as follows:

   1.   In support of this Order, the Court hereby adopts as its findings all of the facts set forth in the parties' Stipulation.

   2.   In accordance with 18 U.S.C. § 3161(h)(8)(A), the Court finds that the failure to grant the requested continuance would deny counsel for defendant the time reasonable and necessary for effective trial preparation, taking into account the exercise of due diligence.  Accordingly, the Court finds that the ends of justice served by continuance of the trial date outweigh the best interest of the public and defendant in a speedy trial.  The time from May 11, 2010 to June 15, 2010 is excludable from the computation of the time within which trial of this action must commence under the Speedy Trial Act.

   3.   The trial of the case is continued from May 11, 2010 to **Tuesday, June 15, 2010 at 9:00 a.m.**  The status conference is continued from May 3, 2010 to **Monday, June 7, 2010 at 2:00 p.m.**  Defendant is ordered to be present.

   4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate

/ /
/ /
/ /
/ /
/ /
/ /
/ /

that additional time periods are excludable from the period within which trial must commence.

IT IS SO ORDERED.

Dated: April 30, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

ANDRÉ BIROTTE JR.
United States Attorney

JEANNIE M. JOSEPH
Assistant United States Attorney
Acting Chief, Santa Ana Office


   /s/ R.J.K.
ROBERT J. KEENAN
Attorneys for Plaintiff
UNITED STATES OF AMERICA